UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY UNG,<br><br>        Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE, LLC, et al.<br>        Defendants. | Case No. EDCV 09-893-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., and U.S. Bank, N.A. is DISMISSED WITH PREJUDICE.  Plaintiff's Complaint against Lehman Brothers Holdings, Inc. Is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 4, 2009

                                                          _____<br>
                                                          VIRGINIA A. PHILLIPS<br>
                                                          United States District Judge